177 A.3d 119

COLIN ANDREWS, ET AL., PLAINTIFFS, v. JOHN A. FRANK, DEFENDANT, AND TERRY ANDREWS, DEFENDANT/THIRD-PARTY PLAINTIFF, v. CLIFFORD S. ANDREWS, III, THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAINTIFF–RESPON-DENT, v. JOHN A. FRANK, FOURTH-PARTY DEFENDANT, AND STEVEN P. FORD, FOURTH-PARTY DEFENDANT–PETI-TIONER.

C–396 September Term 2017
079057

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005524–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

177 A.3d 120

COLIN ANDREWS, ET AL., PLAINTIFFS, v. JOHN A. FRANK, DEFENDANT, AND TERRY ANDREWS, DEFENDANT/THIRD-PARTY PLAINTIFF–PETITIONER, v. CLIFFORD S. ANDREWS, III, THIRD-PARTY DEFENDANT/FOURTH-PARTY PLAIN-TIFF–RESPONDENT, v. JOHN A. FRANK AND STEVEN P. FORD, FOURTH-PARTY DEFENDANTS.

C–397 September Term 2017
079057

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005524–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

177 A.3d 120

IN THE MATTER OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS JOINT OPINION 732, THE COMMITTEE ON ATTORNEY ADVERTISING JOINT OPINION 44, AND THE COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW JOINT OPINION 54.

M–425 September Term 2017
079852

December 8, 2017

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the motion of Thomas M. Gordon, Esquire, a member of the District of Columbia and Maryland bars, to appear pro hac vice on behalf of the Consumers for a Responsive Legal System is granted; and it is further

ORDERED that Thomas M. Gordon, Esquire shall abide by Rule 1:21–2, including his obligation to adhere to the Rules of Professional Conduct and to make his required annual payment to the Disciplinary Oversight Committee and the Lawyers' Fund for Client Protection, said payment to be made within ten days of the filing date of this Order; and it is further

ORDERED that the Clerk of the Supreme Court of the State of New Jersey is hereby appointed as agent upon whom service of process may be made for all action against Thomas M. Gordon,